V. E. Lewis, et al., Appellants, v. Biscayne Construction Company, a Corporation, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for appellee.

*R. H. Seymour,* for Appellants;

*Price & Eyles,* for Appellee.

---

N. G. Wade, et al., Plaintiffs in Error, v. The Fidelity Mutual Life Insurance Company, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for defendant in error.

*H. L. Anderson* and *Odom, Crawford & Butler,* for Plaintiffs in Error;

*E. J. L'Engle* and *W. H. Baker,* for Defendant in Error.